JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL 2, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>        Plaintiffs,<br><br>v.<br><br>MAG PARK LLC,<br><br>        Defendants.<br>_____ | Case No.  2:19-cv-01715 VAP (AFMx)<br><br>**ORDER OF DISMISSAL** |

    The Court having been advised by counsel for the parties that the above-entitled action has settled,

    **IT IS ORDERED** that this action be, and hereby is, dismissed in its entirety without prejudice.

    THE COURT to retain jurisdiction for a period of **sixty (60) days** to enforce the terms of the settlement.

Dated: _July 2, 2019_

                            VIRGINIA A. PHILLIPS
                            Chief United States District Judge